IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

**NOV 03 2014**

**Clerk, U.S. District and Bankruptcy Courts**

In Re                                                }

                                                          }

Barkats & Associates, Chartered, and}

associated business names and          }

entities including but not limited to  }

BND Sea and Airlines Corporation,  }

BND AAA, B. Group Fund I, etc.     }

                                                          }

          Debtor.                                   }

#14- _0638_

Motion for Substituted or
Alternative Service

COMES NOW Petitioning Creditor Panagiotis James Kalellis, with the prior consent and

agreement of co-petitioners Vladimir Shekoyan and Laura Zaporojan, and moves the

Honorable Court for an order permitting substituted or alternative service upon the regis-

tered agent of the Debtor by e-mail to said Registered Agent, and in support thereof

alleges as follows:

1.  Barkats & Associates, Chartered ("BAC") is a corporate entity listed under the

    District of Columbia Department of Consumer and Regulatory Affairs

    (DCRA) as File #853240 and is and was, since 1985, an entity that can be

    voluntarily or involuntarily placed into bankruptcy pursuant to 11 US Code.

    (See Collier on Bankruptcy, Section 303.04).

2.  BAC failed to timely file its required biannual reports (BRA-25) to the Dis-

    trict of Columbia DCRA between April 2003 and September 2010 (causing its

    license to do business to be revoked for a period of approximately five (5)

    years during which it continued to do business and earned significant amounts

    of money) and failing again to file such reports after December 31, 2012

    (when the report for 2011 was filed).

3. BAC's license was therefore revoked at several periods during its corporate history (in 2005, again in 2010, and was last revoked on September 16, 2013, and has not been reinstated since that date). At all the times when BAC was not in good standing and not legally permitted to do business in DC, its principal, Pierre-Philippe Barkats, continued to do business, either using the name "Barkats & Associates, Chartered" or using any of many alternative names he had either incorporated for some period of time or simply used without corporate formalities, as well as doing business in his own name, but randomly depositing the funds derived therefrom into any of his business accounts.

4. Upon information and belief, BAC has been insolvent since 2011 but during that period of time, the designated agent for service of process (Pierre-Philippe Barkats, the individual) has made himself unavailable for service of process and has failed and refused to deal with the creditors of BAC, although he has several times indicated that he assumes the debts of BAC as his own personal debts.

5. BND Sea and Airlines Corporation, and various other names used by the principal of BAC (Pierre-Philippe Barkats) are/were entities or business names, incorporated or not incorporated (but, if incorporated, operating without formal agents for service of process) at various times as alter egos of BAC or of its principal, Pierre-Philippe Barkats.

6. The agent for service of process officially listed for BAC in the District of Columbia Corporation Commission is "Pierre-Philippe Barkats, 1250 Eye Street NW, Suite 710, Washington DC 20005."

7. No mail is being accepted for Pierre Barkats at that address, however. BAC was evicted from that location in 2011 and its property was eventually placed on the street after the legalities attendant upon the eviction were observed.

8. Between February 4, 2014 and September 9, 2014, the above-named petitioning creditors demonstrated to this Court that service upon the said Pierre-Philippe Barkats could not be accomplished by ordinary means, and the Court granted their motion for substituted service upon Pierre-Philippe Barkats by e-mail and first-class mail to 1250 Eye St. NW Suite 710, Washington DC 20005 and first-class mail to 3232 Garfield St. NW, Washington DC 20008 and by e-mail to PierreBarkats@aol.com in that case.

9. Attached to the declaration filed in support of this motion is proof that service to the two mailing addresses listed in paragraph 7 is ineffectual, and that Pierre-Philippe Barkats, Registered Agent for BAC, cannot be located after a search conducted diligently.

10. Wherefore, petitioning creditors ask this Honorable Court for permission to serve the registered agent of BAC by e-mail at PierreBarkats@aol.com as well as by submitting two copies of the petition and summons by mail, together with completed Forms GN-6 Service of Process Action Form, together with the fee therefor, to:

Superintendent of Corporations,
Department of Consumer and Regulatory Affairs
Business and Professional Licensing Administration
Corporations Division
1100 4th Street, SW, 4th Floor
Washington, DC 20024

In re Barkats & Associates, Chartered          3          Motion for Substituted Service

11. In the alternative, petitioning creditors apply for the right to serve BAC by

publication, but reserve that for a method of service only if the Court denies

their request for e-mail service, because of the expense.

WE ASK FOR THIS:

DATE: *Nov. 3, 2014*

Panagiotis James Kalellis, pro se
1308 Clifton St. NW, Apt. 207
Washington, DC 20009

## Points and Authorities

28 USC 1746; 11 USC 303; Collier on Bankruptcy Section 303.04, 101.9;

http://dcra.dc.gov/service/service-process-information; Record in case 14-0053 In re

Barkats (Document #59 on the docket); FRCP Rule 4.

## Certificate of Service by Mail

Michelle Etlin, pursuant to the provisions of 28 USC 1746, hereby certifies under

penalties of perjury, as follows:

On November 4, 2014, I served the within motion for substituted or alternative

service and Declarations (2) in Support of Motion upon the following pro se individuals

by first-class mail, postage prepaid:

Vladimir Shekoyan at 5204 45th St. NW #B Washington DC 20015, and
Laura Zaporojan at 527 E. 78th St. #3D, New York, NY 10025.

Michelle Etlin
6635 Hillandale Rd.
Chevy Chase, MD 20815
(434) 882-4144



PRIORITY MAIL

For Domestic Use Only

USPS TRACKING #

14 9999 4423 8312 5159 20

UNITED STATES POSTAL SERVICE

PRIORITY MAIL

TRACKED INSURED

VISIT US AT USPS.COM
ORDER FREE SUPPLIES ONLINE

UNITED STATES POSTAL SERVICE

NIXIE    200053054-1N    09/19/14

RETURN TO SENDER
UNABLE TO FORWARD
RETURN TO SENDER

FROM: 5901 Montrose Rd
#N 306
Rockville MD
20852

Diana P. Barkats

FOR DOMESTIC AND INTERNATIONAL USE

U.S. POSTAGE PAID
ROCKVILLE, MD
20852
SEP 09, '14
AMOUNT
$5.75
00017727-24

* 14-0638

EXHIBIT
TO 9T9.

In re
Barkats +
Assoc.
charter



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In Re                                     }        #14-_____
                                          }
Barkats & Associates, Chartered, and}
associated business names and             }
entities including but not limited to     }        Petitioning Creditor Kalellis'
BND Sea and Airlines Corporation,  }               Declaration in Support of
BND AAA, B. Group Fund I, etc.      }              Motion for Substituted or
                                          }        Alternative Service
        Debtor.                           }

Petitioning Creditor Panagiotis James Kalellis hereby declares under penalties of perjury

pursuant to 28 USC 1746, as follows:

1.  I am one of three petitioning creditors in the above-captioned case.

2.  I was employed by Barkats & Associates, Chartered ("BAC") for more than

    11 years (from May 1999 to April 2011) and during that entire time, worked

    for that company, many of its alter egos, and for its principal, Pierre-Philippe

    Barkats, as an individual.  Hereinafter, I will define the entity(ies) for which I

    performed my work as "the Barkats Office."

3.  BAC is a corporate entity listed under the District of Columbia Department of

    Consumer and Regulatory Affairs (DCRA) as File #853240.  I have personal-

    ly researched its corporate standing and confirmed what I and several other

    creditors and potential creditors discovered in late 2013 and early 2014 during

    our investigations into how to sue for recovery of our money, namely, that

    BAC is not in good standing (**EXHIBIT A**).

4.  Having worked for BAC, Pierre-Philippe Barkats personally, and other alter

    egos over the years, I realized that BAC's corporate form is not and was not

In re Barkats & Associates, Chartered          1          Declaration in Support/Mo-Sub. Serv.

legally or fiscally maintained either as a distinct operating entity separate from any of the other entities constituting the Barkats Office, or as a company dealing with the other entities (whether business names or corporate forms or the individual Pierre-PHilippe Barkats) at arm's length.

5. I also recently (in the last week of October 2014) confirmed on-line that BAC had routinely failed to timely file its required biannual reports (BRA-25) to the District of Columbia DCRA between April 2003 and September 2010 (causing its license to do business to be revoked for a period of approximately five (5) years during which time I personally know that "it" continued to do business and that "it" earned significant amounts of money) (and "it" paid my salary) and that BAC failed again to file such reports after December 31, 2012 (when the BRA-25 report for 2011 was belatedly filed). (**EXHIBIT B**)

6. BAC's license was apparently revoked at several periods during its corporate history (in 2005, again in 2010, and was last revoked on September 16, 2013), and has not been reinstated since that latter (2013) date. At all the times when BAC was not in good standing and not legally permitted to do business in DC, its principal, Pierre-Philippe Barkats, nevertheless continued to do business, either using the name "Barkats & Associates, Chartered" or using any of many alternative names he had either incorporated for some period of time or simply used without corporate formalities, as well as doing business in his own name, but randomly depositing the funds derived therefrom into any of his several business accounts.

7. As late as 2012 I have seen evidence of his depositing checks made out to him personally into business accounts, without even the formality of signing them over. His personal banker at BB&T, Billy Cullipher, appeared to facilitate such unorthodox banking arrangements from time to time.

8. Upon information and belief, BAC has been insolvent since at least 2011 (more probably, since 2010) but during that period of time, the designated agent for service of process (Pierre-Philippe Barkats, the individual) has made himself unavailable for service of process and has failed and refused to deal with the creditors of BAC, although he has several times indicated that he assumes the debts of BAC as his own personal debts.

9. BND Sea and Airlines Corporation, and various other names used by the principal of BAC (Pierre-Philippe Barkats) are/were entities or business names, incorporated or not incorporated.

10. Pierre-Philippe Barkats' business cards listed BAC as his law firm with the webpage thereof listed as www.barkatslaw.com but that url leads to an expired blank page with no forwarding information on it and no contact data given.

11. My investigations from late 2013 until now have revealed the fact that none of Pierre-Philippe Barkats' business names or incorporated business entities have had agents for service of process at any time, at least from summer 2013 until the present. For instance, BND Sea and Airlines Corporation was incorporated in Delaware but Pierre-Philippe Barkats has apparently failed to pay the

fee to establish and/or maintain a registered agent for service of process, either there or in any other state.

12. The agent for service of process officially listed for BAC in the District of Columbia is "Pierre-Philippe Barkats, 1250 Eye Street NW, Suite 710, Washington DC 20005."

13. No mail is being accepted for Pierre-Philippe Barkats at that address, however.  I attach as **EXHXIBIT C** copies of the priority mail envelopes that show the return of mail from any of Pierre-Philippe Barkats' Washington, DC (or US, for that matter) addresses. Upon information and belief, BAC was evicted from the 1250 Eye Street location in 2011 some time after April, when I quit and left the Barkats Office) and its property was eventually placed on the street.

14. Between February 4, 2014 and September 9, 2014, the above-named petitioning creditors demonstrated to this Court that Pierre-Philippe Barkats could not be located after diligent efforts, and that service upon the said Pierre-Philippe Barkats could not be accomplished by ordinary means, and the Court granted our motion for substituted service upon Pierre-Philippe Barkats by first-class mail to 1250 Eye St. NW Suite 710, Washington DC 20005 and first-class mail to 3232 Garfield St. NW, Washington DC 20008 (both of which were returned as undeliverable) and by e-mail to PierreBarkats@aol.com in that case.

15. Pierre-Philippe Barkats, Registered Agent for BAC, cannot now be located, and could not be located after the searches we conducted diligently for

In re Barkats & Associates, Chartered          4          Declaration in Support/Mo-Sub. Serv.

months, in the bankruptcy case against Pierre-Philippe Barkats known as 14-00053.

16. Service was effected by substituted service by BB&T upon BAC and Pierre-Philippe Barkats personally by substituted service in 2013 by permission from the Superior Court of the District of Columbia, and service was effected by substituted service against Pierre-Philippe Barkats personally by us in 2014 by this Court's permission.

17. We are also willing and able to serve BAC in the manner prescribed by DC law for companies that, like BAC, have not maintained their corporate status legally, namely by submitting two copies of the petition and summons by mail, together with completed Forms GN-6 Service of Process Action Form, together with the fee therefor, to:

Superintendent of Corporations,
Department of Consumer and Regulatory Affairs
Business and Professional Licensing Administration
Corporations Division
1100 4th Street, SW, 4th Floor
Washington, DC 20024

18. In the alternative, petitioning creditors apply for the right to serve BAC by publication, but reserve that for a method of service only if the Court denies their request for e-mail service, because of the expense.

I make this declaration under the penalties of perjury from my own knowledge.

Dated: November 3, 2014

Panagiotis James Kalellis, pro se
1308 Clifton St. NW, Apt. 207
Washington, DC 20009



★ ★ ★
THE DISTRICT
OF COLUMBIA
"One City, One Future"

ONE CITY

Mayor
VINCENT C. GRAY

Search    **Search**

Ask the Mayor | Subscribe to Emails | Agency Directory | 311 Online | Closures

| 311 Online | District Residents | Businesses | Visitors | Media | Online Services |

Home                                                                Edit Account | Log Out

## BARKATS & ASSOCIATES - Initial File Number: 853240

| Main | Reports | Trade Names |

### Entity Info

| | |
|---|---|
| **Business Name** | BARKATS & ASSOCIATES |
| **Suffix** | |
| **Regisration / Effective Date** | 9/06/1985 |
| **Commencement Date** | 9/06/1985 |
| **Entity Status** | Revoked |
| **Foreign Name** | NA |
| **Date of Organization** | 9/06/1985 |
| **State** | District of Columbia |
| **Country** | USA |

### Business Address

**Line1**    1250 EYE STREET NW
**Line2**    SUITE 710

**City** WASHINGTON    **State** District of Columbia    **Zip** 20005

### Agent

**Is non-commercial Registered Agent?**    Yes
**Name**    PIERRE BARKATS

**Address**

**Line1**    1250 EYE STREET NW
**Line2**    SUITE 710

**City** Washington    **State** District of Columbia    **Zip** 20005

**Email**

Return to Home

Exhibit A
In Re
Barkats &
Associates
chartered

#14-0638



## BARKATS & ASSOCIATES - Initial File Number: 853240

| Main | Reports | Trade Names |

**Report List**

| Report Year | Date Filed | Date Received | File Number |
|---|---|---|---|
| 1986 | 7/21/1993 | 7/21/1993 | 853240-3194247 |
| 1987 | 7/21/1993 | 7/21/1993 | 853240-3194246 |
| 1988 | 7/21/1993 | 7/21/1993 | 853240-3194244 |
| 1989 | 7/21/1993 | 7/21/1993 | 853240-3194242 |
| 1990 | 7/21/1993 | 7/21/1993 | 853240-3194241 |
| 1991 | 7/21/1993 | 7/21/1993 | 853240-3194240 |
| 1992 | 7/21/1993 | 4/15/1992 | 853240-3163019 |
| 1993 | 7/21/1993 | 5/17/1993 | 853240-3192020 |
| 1994 | 5/24/1994 | 5/24/1994 | 853240-3228662 |
| 1995 | 9/18/1996 | 9/18/1996 | 853240-3310449 |
| 1996 | 9/18/1996 | 9/18/1996 | 853240-3310450 |
| 1997 | 6/11/1997 | 6/11/1997 | 853240-3329479 |
| 1999 | 5/18/2001 | 5/18/2001 | 853240-3412090 |
| 2001 | 5/18/2001 | 5/18/2001 | 853240-3412091 |
| 2003 | 5/09/2003 | 4/22/2003 | 853240-3454457 |
| 2005 | 9/15/2010 | 9/15/2010 | 853240-3675982 |
| 2007 | 9/15/2010 | 9/15/2010 | 853240-3675983 |
| 2009 | 9/15/2010 | 9/15/2010 | 853240-3675984 |
| 2011 | 12/31/2012 | 12/31/2012 | 000004660910 |

1 to 19 of 19 rows    30

Return to Home

Exhibit B
Barkats +
Assoc.
chartered

#14-0638

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In Re                                    }       #14-_____
                                         }
Barkats & Associates Chartered, and }
Associated business names and            }
entities including but not limited to    }       Declaration of Vladimir
BND Sea and Airlines Corporation,   }            Shekoyan supporting
BND AAA, B Group Fund I, etc.       }            Substituted Service
                                         }
      Debtor.                            }

Petitioning Creditor Vladimir Shekoyan hereby declares under penalties of perjury pursu-

ant to 28 USC 1746, as follows:

1.  I am one of three petitioning creditors in the above-captioned case.

2.  I was employed by Barkats & Associates Chartered ("BAC") for a total of ap-

    proximately fourteen (14) years and during that entire time, worked for that

    company, many of its alter egos, and for its principal, Pierre Barkats, as an in-

    dividual.  Hereinafter I will define the entity(ies) for which/whom I performed

    my work as "the Barkats Office."

3.  I have read the declaration of Mr. Kalellis and I agree with what he said but I

    am not an attorney so I do not have the same knowledge as he does concern-

    ing the various corporate forms that Pierre Barkats used in the Barkats Office.

    I am aware, and was aware during my work for the Barkats Office, that I was

    working for the man, Pierre Barkats, more often than for the company BAC or

    any of the other many names of "companies" he used.

4.  When Mr. Barkats traveled to Europe, and even when he was in the US but

    did not want to deal with his mail, he would have me pick up his mail and let

him know what was there; if he did not want the mail, he instructed me to discard it.  I have no specific recollection of mail that would have arrived addressed to him at 1250 Eye Street specifically because it was service of process to the company BAC, but there surely could have been such mail in the years that this was Mr. Barkats' usual practice.

5.  In general, if Mr. Barkats did not want to deal with any issue, he would simply declare:  "Forget it, forget it, it is meaningless."

6.  Over the years, there were times when I believed that certain accounting and bookkeeping practices were not "meaningless" but he would not usually take my advice about these matters.  He expressed the belief that if HE did business, it would have to be done HIS WAY.  And since he made quite a lot of money year after year, he used that fact as evidence that he was conducting his business properly.

7.  I have personal knowledge that BAC was evicted from the 250 Eye Street location in late 2011 or early 2012 and its property was eventually (approximately a year after the actual eviction notice) placed on the street after the legalities attendant upon the eviction were observed.  I do not know why it took so long for this to occur; it may be that Mr. Barkats was able to convince some authority in the landlord's office to delay the actual eviction; during that period of time, and even thereafter, a secretary or receptionist would give me Pierre's mail, although I did not have i.d. giving me a right to collect it.

8.  Pierre Barkats, Registered Agent for BAC, cannot be located after a search we conducted diligently for months, in the bankruptcy case against Mr. Barkats.

In fact, we had a lot of work to do after we did discover an address for him that proved to be a "false lead."

9. We were, after much litigating, finally able to serve Pierre Barkats by e-mail, in September 2014, at PierreBarkats@aol.com.

10. We are also willing and able to serve BAC in the manner prescribed by DC law for companies that, like BAC, have not maintained their corporate status legally, namely by submitting two copies of the petition and summons by mail, together with completed Forms GN-6 Service of Process Action Form, together with the fee required, to the DC Superintendent of Corporations, as Mr. Kalellis has suggested in his declaration.

I make this declaration under the penalties of perjury from my own knowledge.

Dated: October 31, 2014

_____
Vladimir Shekoyan
5204 45th St. NW #B
Washington DC 20015