ofldec7 (04/10)



In Re: **Barkats & Associates Chartered**

United States Bankruptcy Court for the
District of Columbia
E. Barrett Prettyman U. S. Courthouse
333 Constitution Ave, NW #1225
Washington, DC 20001
(202) 354–3280
www.dcb.uscourts.gov

Case No.: **14–00638**
Chapter: **7**

### ORDER TO FILE AMENDED SCHEDULES TO INCLUDE SIGNED DECLARATION
======================================================================

On 4/11/2015, the debtor(s) filed Schedules schedules (Dkt. No. 36). The filing, however, failed to include a signed declaration.

Fed. R. Bankr. Proc. 1008 requires all schedules to be either verified or contain an unsworn declaration as provided in 28 U.S.C. § 1746. Moreover, Fed. R. Bankr. P. 1007(b)(1) provides that the debtor shall file schedules "prepared as prescribed by the appropriate Official Forms." Bankruptcy Official Form 6 includes form B6 Declaration (Official Form 6––Declaration). Accordingly, it is

ORDERED that within 7 days of the entry of this order the debtor(s) shall file amended schedules to include a signed declaration, in the form prescribed by Official Form B6––Declaration, with any alterations as may be appropriate, or show cause, by a writing filed with this court, why the schedules (Dkt. No. 36) ought not be stricken.

Copies to:

Debtor(s)
Attorney for the Debtor(s) (if any)
Chapter 7 Trustee
Office of the U.S. Trustee

_____

Dated: 4/24/15

For the Court:
Clerk of the Court

By:
pm